UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEVEN WAYNE PRATT,

    Petitioner,

v.                                           Case No. 3:16cv267/LC/CJK

JULIE L. JONES,

    Respondent.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 11, 2017. (Doc. 20). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation (doc. 20) is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss (doc. 13) is DENIED.

3. Respondent shall file an answer to the petition within **30 days** from the date of this order. The answer shall comply with the form and content requirements of the court's July 18, 2016, service order (doc. 6).

**ORDERED** on this 8th day of August, 2017.

    *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**